| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:07-CR-00051-08 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:12-00168-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>William A. Smotherman, IV | DISTRICT<br><br>Northern District of Georgia | DIVISION<br><br>Airport | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Honorable Julie E. Carnes | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM | TO |

OFFENSE

Conspiracy to Possess w/Intent to Distribute Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE District of TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/7/12
Date

Honorable Julie E. Carnes
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8-15-12
Effective Date

Honorable
United States District Judge